# EXHIBIT B

Dockets.Justia.com

US006785825B2

(12) **United States Patent** (10) Patent No.: **US 6,785,825 B2**

Colvin (45) Date of Patent: *Aug. 31, 2004

(54) **METHOD FOR SECURING SOFTWARE TO DECREASE SOFTWARE PIRACY**

(75) Inventor: **David S. Colvin**, Commerce Township, MI (US)

(73) Assignee: **z4 Technologies, Inc.**, Commerce Township, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/161,278**

(22) Filed: **May 31, 2002**

(65) **Prior Publication Data**

US 2002/0152404 A1 Oct. 17, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/535,321, filed on Mar. 27, 2000, now Pat. No. 6,460,142, which is a continuation of application No. 09/090,620, filed on Jun. 4, 1998, now Pat. No. 6,044,471.

(51) **Int. Cl.$^7$** ................................................. **H04L 9/32**

(52) **U.S. Cl.** ......................... **713/202;** 705/51; 713/150

(58) **Field of Search** ................................ 713/200–202, 713/193.1, 501.68; 709/223–224; 705/14, 58–59

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,796,220 A | 1/1989 | Wolfe | |
| 4,827,508 A | 5/1989 | Shear | |
| 5,014,234 A | 5/1991 | Edwards, Jr. | |
| 5,182,770 A | 1/1993 | Medveczky et al. | |
| 5,199,066 A | 3/1993 | Logan | |
| 5,287,408 A | 2/1994 | Samson | |
| 5,341,429 A | 8/1994 | Stringer et al. | |

| | | |
|---|---|---|
| 5,495,411 A | 2/1996 | Ananda |
| 5,509,070 A | 4/1996 | Schull |
| 5,548,645 A | 8/1996 | Ananda |
| 5,553,139 A | 9/1996 | Ross et al. |
| 5,564,038 A | 10/1996 | Grantz et al. |

(List continued on next page.)

OTHER PUBLICATIONS

Garceau et al, "General controls in a local area network" Feb. 1995, Ohio CPA Journal, vol. 54, #1, p. 24–29.

Gomes, "Rumor About Windows 95 snooping program refuses to die" Aug. 17, 1995, The Gazette.

Duncan, "What's New in NetWare 3.2", Feb. 1998, Novell Research, p. 1–12.

Magid "Software Rentals Revisited–The growth of the Internet, intranets, and extranets has revived the concept of renting software and added a twist." Aug. 18, 1997, Informationweek, n. 644, p. 132.

Li et al, "Matlab Tuturial" Jan. 3, 1999, http://www.me.umn.edu/courses/me4232/tutorial.html.

*Primary Examiner*—Ayaz Sheikh
*Assistant Examiner*—Christopher Revak
(74) *Attorney, Agent, or Firm*—Brooks Kushman P.C.

(57) **ABSTRACT**

A method for reducing unauthorized software use includes supplying a first code with the software. The first code enables the software on a computer for use by a user for an initial authorization period upon entry by the user. The user is required to contact the representative for retrieval of an additional code. The software is operable during a subsequent authorization period beyond the initial authorization period without further communication with the representative following entry of the additional code. The user provides registration information to the representative prior to retrieval of the additional code. The registration information is compared with previously provided registration information to determine if the user is authorized or unauthorized. The software is disabled following the initial authorization period if the user is unauthorized. The additional code is transferred to at least one of the software, the user, and the computer if the user is authorized.

**176 Claims, 6 Drawing Sheets**



**US 6,785,825 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,579,479 A | 11/1996 | Plum |
| 5,606,614 A | 2/1997 | Brady et al. |
| 5,638,513 A | 6/1997 | Ananda |
| 5,652,793 A | 7/1997 | Priem et al. |
| 5,717,756 A | 2/1998 | Coleman |
| 5,757,925 A | 5/1998 | Faybishenko |
| 5,771,347 A | 6/1998 | Grantz et al. |
| 5,790,664 A | 8/1998 | Coley et al. |
| 5,812,764 A | 9/1998 | Heinz, Sr. |
| 5,815,484 A | 9/1998 | Smith et al. |
| 5,842,124 A | 11/1998 | Kenagy et al. |
| 5,845,065 A | 12/1998 | Conte et al. |
| 5,845,077 A | 12/1998 | Fawcett |
| 5,848,397 A | 12/1998 | Marsh et al. |
| 5,862,299 A | 1/1999 | Lee et al. |
| 5,870,543 A | 2/1999 | Ronning |
| 5,870,610 A | 2/1999 | Beyda |
| 5,883,954 A | 3/1999 | Ronning |
| 5,883,955 A | 3/1999 | Ronning |
| 5,907,617 A | 5/1999 | Ronning |
| 5,920,861 A | 7/1999 | Hall et al. |
| 5,931,901 A | 8/1999 | Wolfe et al. |
| 5,940,074 A | 8/1999 | Britt, Jr. et al. |
| 5,943,422 A | 8/1999 | Van Wie et al. |
| 5,974,454 A | 10/1999 | Apfel et al. |
| 5,974,461 A | 10/1999 | Goldman et al. |
| 5,978,476 A | 11/1999 | Redman et al. |
| 5,991,402 A | 11/1999 | Jia et al. |
| 5,999,622 A | 12/1999 | Yasukawa et al. |
| 6,000,033 A | 12/1999 | Kelley et al. |
| 6,006,328 A | 12/1999 | Drake |
| 6,009,401 A | 12/1999 | Horstmann |
| 6,009,525 A | 12/1999 | Horstmann |
| 6,023,268 A | 2/2000 | Britt, Jr. et al. |
| 6,023,766 A | 2/2000 | Yamamura |
| 6,029,145 A | 2/2000 | Barritz et al. |
| 6,044,469 A | 3/2000 | Horstmann |
| 6,049,671 A | 4/2000 | Slivka et al. |
| 6,067,621 A | 5/2000 | Yu et al. |
| 6,068,156 A | 5/2000 | Liff et al. |
| 6,073,214 A | 6/2000 | Fawcett |
| 6,073,256 A | 6/2000 | Sesma |
| 6,141,754 A | 10/2000 | Choy |
| 6,157,721 A | 12/2000 | Shear et al. |
| 6,182,144 B1 | 1/2001 | England |
| 6,185,682 B1 | 2/2001 | Tang |
| 6,189,097 B1 | 2/2001 | Tycksen, Jr. |
| 6,243,692 B1 | 6/2001 | Floyd et al. |
| 6,272,636 B1 | 8/2001 | Neville et al. |
| 6,275,934 B1 | 8/2001 | Novicov et al. |
| 6,334,214 B1 | 12/2001 | Horstmann |
| 6,338,112 B1 | 1/2002 | Wipfel et al. |
| 6,349,335 B1 | 2/2002 | Jenney |
| 6,363,356 B1 | 3/2002 | Horstmann |
| 6,363,486 B1 | 3/2002 | Knapton, III |
| 6,453,334 B1 | 9/2002 | Vinson et al. |
| 6,697,948 B1 * | 2/2004 | Rabin et al. ................ 713/200 |

* cited by examiner



*Fig. 1*



*Fig. 2*



*Fig. 3a*

110

112 — SOFTWARE PRODUCED WITH PASSWORD INTERLOCK, REQUIRING PERIODIC PASSWORD UPDATES FROM SOURCE

114 — SOURCE ELECTRONICALLY STORES PERIODIC PASSWORDS FOR SOFTWARE FOR FUTURE FORWARDING TO USER

116 — USER ACQUIRES SOFTWARE (i.e., purchase, download, etc.)

118 — USER INSTALLS SOFTWARE IN COMPUTER

120 — PROGRAM NOTIFIES USER TO REGISTER SOFTWARE AND OBTAIN CURRENT PASSWORD (i.e., ALPHANUMERIC AND/OR ENCRYPTED) FOR SPECIFIC SERIAL NUMBER OF SOFTWARE

160 — MANUAL REGISTRATION

162 — USER CONTACTS SOURCE FOR PASSWORD VIA TELEPHONE OR MAIL

(B)

ELECTRONIC REGISTRATION

122 — CONTACT SOURCE FOR PASSWORD VIA MODEM

124

(A)

FIRST TIME PERIOD



*Fig. 3b*



Fig. 3c

U.S. Patent    Aug. 31, 2004    Sheet 6 of 6    US 6,785,825 B2



*Fig. 3b*

US 6,785,825 B2

**1**

# METHOD FOR SECURING SOFTWARE TO DECREASE SOFTWARE PIRACY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 09/535,321, filed Mar. 27, 2000, now U.S. Pat. No. 6,460,142, which is a continuation of U.S. patent application Ser. No. 09/090,620, filed on Jun. 4, 1998, now U.S. Pat. No. 6,044,471, the disclosure of which are hereby incorporated by reference in their entirety.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to apparatus and methods for repeatedly contacting software end-users and providing information, such as software passwords to enable continued use, marketing, advertising, and/or promotional material.

2. Background Art

Software developers are often victims of illicit copying and unauthorized use of their software in violation of contractual obligations imposed by licensing agreements and subject to civil and criminal penalties under various domestic and foreign laws. Unauthorized entities range from a relatively small percentage of the total users to an overwhelming majority of illegal users. Such unauthorized use not only amounts to theft of the developers' intellectual property, but also reduces the number of programs sold and therefore the associated profitability of the developer. This may ultimately diminish the creative effort expended by the software developers due to the reduced financial incentive. The advent of the Internet has contributed to the proliferation of pirated software, known as "warez", which is easily located and readily downloaded.

Various strategies have been employed to make unauthorized duplication and use of software more difficult. One such approach is to provide a hardware "key" which is typically installed in the parallel port of the computer to provide a software interlock. If the key is not in place, the software will not execute. This method is relatively expensive for the developer and cumbersome for the authorized user while remaining vulnerable to theft by duplication of the hardware key.

Another approach requires the user to enter a serial number or customer identification number during installation of the software. Missing or invalid registration information prevents installation of the software. This approach is easily defeated by transferring the serial number or customer identification number to one or more unauthorized users.

Yet another approach requires registering the software with the manufacturer or distributor to obtain an operational code or password necessary for installation of the software. Again, once the operational code or password is obtained, it may be perpetually transferred along with pirated copies to numerous unauthorized users.

Various copy protection strategies have been employed to reduce the number of unauthorized copies available. This approach is generally disfavored by users who may have a legitimate need to make backup or archival copies or transfer a copy to a new computer or hard drive.

While prior art strategies have enjoyed various levels of success in reducing unauthorized use of software, they often impose a significant burden on the authorized users or are easily defeated by unauthorized users. As such, software

**2**

developers need an apparatus and/or method for reducing unauthorized use of software which does not burden the authorized users to dissuade them from purchasing and using the protected software.

## SUMMARY OF THE INVENTION

Thus, one object of the present invention is to provide an apparatus and method for improving software security throughout the lifetime of the software.

Another object of the present invention is to provide an apparatus and method for monitoring the number of users of a software product, both authorized and unauthorized.

Yet another object of the present invention is to provide an apparatus and method for the software manufacturer to maintain contact with the user over an extended period of time to provide repeated opportunities for promotional and marketing purposes, for example.

A further object of the present invention is to provide a method and apparatus for reducing unauthorized use of software which facilitate periodic software updates and forwarding of information, when and if desired.

A still further object of the present invention is to identify those entities responsible for unauthorized copying or use of software so that appropriate action may be taken, such as disabling the software, requesting payment from the user, or seeking civil or criminal penalties.

Another object of the present invention is to provide a method and apparatus for reducing unauthorized software use which deactivates unauthorized copies when an unauthorized user attempts to obtain a password.

In carrying out the above objects and other objects, the present invention provides a method for reducing unauthorized software use. The method includes supplying a first authorization code (i.e., first password) with the software. The first authorization code enables the software on a computer for use by a user for an initial authorization period upon entry by the user. The user is required to contact the representative for retrieval of an additional authorization code (i.e., additional password).

The software is operable during a subsequent authorization period beyond the initial authorization period without further communication with the representative following entry of the additional authorization code. The user provides registration information to the representative prior to retrieval of the additional code. The registration information includes computer specific information. The registration information is compared with previously provided registration information related to at least one of the software, the user, and the computer to determine if the user is authorized or unauthorized. The software is disabled following the initial authorization period if the user is determined to be unauthorized. The additional code is transferred to at least one of the software, the user, and the computer if the user is authorized.

The present invention contemplates, but does not require, more frequent password updates for more complex software because it is generally more costly to develop (and therefore more valuable to users) whereas less costly software would require fewer password updates to reduce administrative costs associated with password maintenance.

Password or authorization code updates may be obtained automatically or manually. Automatic updates are accomplished using electronic communication between the manufacturer's computer (or an authorized representative) and the user's computer. Updates may be performed by a direct

US 6,785,825 B2

3

modem connection, via email, a web browser, or the like. The particular time and nature of updates and the user interface utilized to implement the updates may vary by manufacturer or product. Manual updates are performed by advance or periodic notifications generated by the software to alert the user that password updates are required or will be required in the near future. The user may then contact the manufacturer for the specific password update via telephone, mail, email, or the like. Password advisories normally occur prior to the periodic termination of the operating period which may be measured by program starts, elapsed running time, calendar period, etc. Password updates may be in the form of alphanumeric and/or encrypted passwords or of any other conventional type.

Preferably, the user must provide registration information prior to receiving the original or updated password or authorization code. Registration information may be entered by the user or automatically acquired (and transmitted for automatic updates) by the software. Registration information may include a serial number, registration number, TCP/IP address, user name, telephone number, computer specific information, etc. This information may be encoded and/or encrypted to make it less susceptible to tampering by unauthorized users. The registration information is preferably monitored and compared to previously captured information to control the number of authorized copies of software and/or identify unauthorized users. If unauthorized use is suspected, a password or authorization code may be provided which subsequently disables the software, either immediately or after some period of time so that an authorized user is provided an opportunity to rectify the information which caused deactivation.

A number of advantages result from various implementations of the present invention. For example, the present invention reduces unauthorized use of software without imposing a significant burden on authorized users. The present invention controls the number of copies of authorized software by monitoring registration information and deactivation of suspected pirated copies. Requiring authorized users to periodically update a password or authorization code provided by a password administrator improves accuracy of contact information for marketing related products and distribution of product updates. The present invention also provides a variable level of software security which can be tailored to the particular application depending upon the value of the application to potential software pirates. By providing an apparatus and method for the software manufacturer to maintain contact with the user over an extended period of time, the present invention provides repeated opportunities for promotional and marketing purposes, for example. This feature of the invention facilitates periodic forwarding of information, such as advertising, marketing, and promotional information, when and if desired.

The above advantages and other advantages, objects, and features of the present invention will be readily apparent from the following detailed description of the best mode for carrying out the invention when taken in connection with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating various features of a method and apparatus for securing software according to the present invention;

FIG. 2 is a flow diagram illustrating generally a method for securing software according to the present invention; and

FIGS. 3a–3d provide a more detailed flow diagram illustrating representative embodiments of a method and apparatus for securing software according to the present invention.

4

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT(S)

Referring now to FIG. 1, a block diagram illustrating various features of a method and apparatus for securing software according to the present invention is shown. Manufacturers or developers create application programs or software which is stored in the form of data representing program instructions executable by a computer on computer readable media 10. Computer readable media 10 may include any medium capable of storing such instructions which is directly or indirectly readable by a computer, such as computer 12. Computer readable media may include floppy disks, hard drives, CD-ROMs, floptical disks, magnetic tape, and the like. Each copy or group of copies of the software may have an associated serial number, indicated generally by reference numeral 14, and an associated password 16 which may be one of a series of associated passwords 18 as explained in greater detail below. Each password 16 may be an alphanumeric character string which may be encoded or encrypted or a binary or hexadecimal machine readable string to resist tampering by unauthorized users. Passwords 16 within series 18 may be randomly assigned or may be generated using a suitable algorithm, many of which are known in the art. Likewise, passwords 16 may be based on serial number 14, a current date or version date 17, and/or a previous password 20 from the series of passwords.

After the password or passwords are created and associated with one or more serial numbers or copies of the software, they may be transferred to an authorized representative of the software, as represented by arrow 22, such as a password administrator 24. Of course, the original manufacturer or developer of the software may also function as password administrator 24. The software may be distributed by purchase or more commonly it is licensed as represented by arrows 26 and 28 to individuals 30 and groups 32, respectively. Preferably, the software is distributed to the end users without its associated password 16 which must be obtained from password administrator 24. Alternatively, computer readable media 10 may be distributed with the first password 16 of a series of passwords 18. Each authorized user preferably has software with a unique identifier, such as a serial number, whether the authorized user is an individual, such as user 30, or a group or region, indicated generally by reference numeral 32. However, the same password or series of passwords may be associated with a number of serial numbers to reduce the administrative burden for password administrator 24. For example, each end user 34 associated with organization or site 32 may have the same password or series of passwords. Preferably, not more than one password is distributed with each authorized copy so that the end users will need to contact password administrator 24 to obtain additional passwords for continued use of the software as explained in greater detail below.

During the initial use or installation of the software on computers 12, 34, a password or authorization code will be required by the software to function properly. The end user must contact the authorized representative for the software, such as password administrator 24, to obtain the appropriate authorization code or password as indicated generally by arrows 36. Password administrator 24 obtains registration information 38 from the end user and provides an appropriate password or authorization code to the software as indicated by reference numeral 40. Communication of registration information and the authorization code may be accomplished either manually or automatically depending

5

upon the particular application and configuration of the software. Manual communication may be by email, regular mail, telephone, automated voice response system, web browser, direct modem transfer, or the like but requires a varying level of intervention by the end user depending upon the particular type of communication. Automatic communication may use similar methods or means to communicate the information but is performed without user intervention, although the user may be advised or notified that the process is occurring or has occurred.

Registration information **38** may include traditional contact information, such as name, address, email, phone, etc. but preferably includes information which can be obtained without intervention by the end user to improve its veracity. Such information may include identification of a TCP/IP address, originating telephone number, or computer-specific information associated with the end user. Computer-specific information may include an electronic serial number (ESN) which uniquely characterizes the hardware configuration of the computer based on information stored in the computer's non-volatile CMOS, registry, motherboard serial number, or the like. Password administrator **24** preferably stores the registration information to be used for various purposes according to the present invention to reduce unauthorized use of software. For example, password administrator **24** may use the registration information to monitor compliance with licensing terms by determining whether a particular serial number has been installed on more than one computer or by more than one end user. Administrator **24** may compare the registration information with previously received registration information to determine whether to issue an authorization code or password, or to provide a code which disables further operation of the software. The registration information may also be used to contact the end users for marketing new products or versions, or providing software updates.

The password or authorization code is communicated to the software as represented by reference numeral **40**. Depending upon the particular implementation, the password may be provided to the end user who manually enters the information into the computer **42** to begin or continue using the software. The password or authorization code may be encoded as an alphanumeric string using various numbers and letters which represent meaningful information to the administrator but appear to be randomly generated to the end user. Alternatively, an encryption algorithm may be used to transmit the information. Preferably, the password authorizes the software to execute on computer **42** for a first predetermined period as represented by counter **44** or calendar **46**. The predetermined period may vary based on the particular authorized user, the cost of the software, the number of estimated unauthorized copies, etc. For example, it is anticipated that more expensive software would provide a shorter period of authorization to provide a higher level of security. The higher revenue generated by the software offsets any increased administrative expense of password administrator **24** due to the increased frequency of updates required.

As indicated by counter **44** and calendar **46**, the authorized period of use may be measured either in calendar days (months, years, etc.) or in execution hours, number of accesses, or the like. Once the authorized period expires, the software requires a new password or authorization code as indicated by reference numeral **48**. This may be accomplished automatically and transparently to the end user by electronically contacting password administrator **24** and exchanging current registration information **50**. Administra-

6

tor **24** may compare the current registration information **50** with previously received registration information to determine if at least a portion of the information matches for that particular serial number or group of serial numbers. This comparison may be used to determine whether the end user is an authorized user or an unauthorized user.

The information provided to the software by administrator **24** may depend upon whether the user is determined to be authorized or unauthorized. For example, if the user is determined to be an authorized user, a subsequent password **52** from the series of passwords associated with the software serial number or group may be communicated which authorizes the software for an additional operation period. As the software becomes less valuable, such as when new versions are released, the authorization period may increase and preferably eventually allows indefinite use of the software. Of course, an exceedingly long period (10 years for example) may be essentially equivalent to an indefinite period of operation. In addition to a subsequent password, an updated version **54** of the software may be transferred or offered to the end user. If the user is determined to be an unauthorized user, an appropriate message may be transmitted to alert the user to a discrepancy in the registration information, and the operational password may be withheld. Alternatively or in addition, a code **56** which deactivates the software may be communicated. As another alternative, a shortened authorization period may be provided along with a password and a message which indicates the end user must contact administrator **24** or another customer service representative to verify the user's status as represented by reference numeral **58**. In the event the user is determined to be unauthorized, password administrator **24** may decline to download a password at which time the software may automatically become inoperative after the current operational period has lapsed.

Referring now to FIG. 2, a flow diagram generally illustrating a method for securing software according to the present invention is shown. A password or series of passwords is associated with a particular copy or group of copies of software prior to distribution (without the password or with only one of a series of passwords) as represented by block **80**. A series of passwords may be associated with the software using an appropriate password generation algorithm with parameters which vary based on the particular copy. For example, an algorithm or mathematical equation or formula may be used to generate passwords with one or more of the parameters of the equation corresponding to letters or characters in the serial number of the software.

For applications which have only a single password for each copy or group of copies, the password may not be distributed with the software so the end user must contact the developer or authorized representative as represented by block **82**. For applications with two or more passwords, an initial password may be provided or the software may operate without a password for a first period to provide ample opportunity for the end user to acquire the initial/subsequent password. Registration information may be required as a precondition to providing a valid authorization code or password. This allows the developer or authorized representative to monitor compliance with licensing terms and/or take appropriate action for unauthorized users.

The password or authorization code is communicated to the software as represented by block **84** to make the software operational on the end user's computer. This may be performed automatically, without user intervention, or manually when initiated by the user using various communication channels, such as regular mail, email, web browser, direct

7

8

modem connection, etc. The method may optionally require periodic updates at regular, irregular, or random intervals based on elapsed running time, calendar time, or the like, as represented by block **86**. The software may prompt the user when the end of the authorization period is approaching to provide an opportunity to obtain a subsequent authorization code for continued use of the software.

Referring now to FIG. **3a**, a more detailed flow diagram illustrating a method and/or apparatus for securing software according to the present invention is shown. The software manufacturer or developer (source) produces software which requires initial and/or periodic password updates to become or to remain operational as depicted in box **112**. Software may be associated with individual end users, a regional (geographic) or other group of users, or users associated with a particular organization or site. Providing passwords or authorization codes for groups rather than each individual significantly reduces the number of passwords required and the corresponding administrative overhead including electronic storage and transmission requirements.

Following production by the software manufacturer, the source electronically stores the password information for future transmission to the user as shown in box **114**. The password information may be the actual passwords or information used to generate subsequent passwords based on the individual copy or group of copies of the software. The embodiment depicted in FIGS. **3a–3d** is intended to interlock specific pieces or groups of software with corresponding passwords or authorization codes.

Once the software is acquired by the user **116**, the user installs (partially or fully) the software in his computer or computer network **118**. Following installation of the software, the user is prompted to register the software and obtain the necessary operational password which may be an alphanumeric string which is encoded or encrypted, or a binary (machine readable) code. The user is allowed to choose between automatic or manual registration **120**. If automatic registration is selected **122**, the program automatically contacts the source via a modem or other connection to obtain the operational password following registration **124**.

Once contacted, the source searches for previous registration of the software with the registration number or user identification **126** as shown in FIG. **3b**. If the software has not been previously registered **128**, the source transmits the necessary password **130** wherein the software becomes operational **134**. If registration information has been previously entered and does not match the current registration information, the source notifies the user of a previous registration of the same software **132** and thereafter takes appropriate action **136**. Such action can either include denying the necessary operational password **138**, continuing the password download if the source desires **130** or other appropriate action or actions.

Following the initial registration of the software and downloading of the first operational password, the software remains operational for a given interval which may be an operation period or time period (random, regular, or irregular). Once the first interval expires, the program notifies the user of the necessity to obtain the next operating password **140** as shown in FIG. **3c**. The user's computer contacts the source via modem **142** and the source determines if previous inquiries have been made for the same user **144** based on the registration information. These step(s) may be fully automated, thereby eliminating the need for user intervention or notifying the user.

The source either transmits the password **148** or notifies the user of a duplicate inquiry **149** as shown in FIG. **3d**. If a duplicate inquiry has been made, the source either declines to download **150** the password so that the software becomes non-operational **152** after the current operational period elapses or the source transmits the password **148** if desired. During any of the contact periods between the source and the user, the source may elect to download software updates or additional information **154** which may include promotional, marketing, advertising, or other information. Following the downloading of the necessary operational password, the software becomes or remains operational **156**. This sequence is selectively repeated **158** as determined by the authorization interval selected by the source and communicated to the software. As such, the present invention provides an apparatus and method for the software manufacturer to maintain contact with the user over an extended period of time to provide repeated opportunities for transferring information such as promotional, advertising, and marketing information, for example.

As shown in FIG. **3a**, the user may have the option of manual registration **160** and password input as opposed to automatic registration. Alternatively, the source may require manual registration to verify the accuracy of at least some of the registration information since it will be used to send the authorization code or password to the user. If the user provides inaccurate information, the password will not be transmitted and the software will not be operational. After initial registration, optionally the user may elect to convert to automatic electronic contact at any time. Where manual registration is selected **160** (or required), the user contacts the source via telephone, mail, email, Internet, or the like to obtain the operational password following registration **162**.

Once contacted, the source searches for previous registration of the software with the same serial number, registration number or user identification **164** as shown in FIG. **3b**. If the software has not been previously registered **166**, the source transmits the necessary password **168** wherein the software becomes operational **172**. If a duplicate registration occurs, the source notifies the user of a previous registration of the same software **170** and thereafter takes appropriate action **174**. Such action can either include not providing the necessary operational password **176** or continuing the password transmission if the source desires **168**.

Following the initial registration of the software and transmission of the first operational password, the software remains operational for a given operation interval after which the software notifies the user of the necessity to obtain the next operating password **178** as shown in FIG. **3c**. The user contacts the source via telephone or by mail **182** and the source determines if previous inquiries have been made for the same user **184**. The user may elect to convert to automatic electronic registration during this period **180**, however, this step is optional.

The source either transmits the password **188** or notifies the user of a duplicate inquiry **190** as shown in FIG. **3d**. If a duplicate inquiry has been made, the source either declines to download the password **196** (after which the software becomes non-operational **198**) or the source transmits the password **188** if desired. During any of the contact periods between the source and the user, the source may elect to transmit software updates or additional information **192**. Following the downloading of the necessary operational password, the software becomes or remains operational **194**. The sequence for successive operation intervals may then be repeated at the source's discretion **200**.

It is understood that the representative methods of the present invention do not need to continue after initial

US 6,785,825 B2

9

registration and password transmission. Likewise, the process may be discontinued at some point in time by downloading a lifetime password that authorizes the software indefinitely. For example, this may be desirable after the software is deemed obsolete. It is further understood that the specific sequencing of events is not necessary for the proper implementation of the present invention. The invention further allows for compatibility with existing software or other security measures.

While the best modes for carrying out the invention have been described in detail, those familiar with the art to which this invention relates will recognize various alternative methods for carrying out the invention as described by the following claims.

What is claimed is:

1. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

2. The method of claim 1 wherein the step of disabling the software occurs in response to a disable code.

3. The method of claim 1 wherein requiring the user to provide registration information includes allowing the user to provide the registration information to the representative by contacting the representative during installation of the software.

4. The method of claim 1 wherein at least a portion of information exchanged between the representative and the user is encrypted.

5. The method of claim 1 wherein:

the usage of the software is dependent upon execution time of the software on the computer.

10

6. The method of claim 1 wherein:

the usage of the software is dependent upon number of accesses to the software on the computer.

7. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

transferring the first authorization code with the software;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

allowing the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

8. The method of claim 7 wherein the step of disabling the software occurs in response to a disable code.

9. The method of claim 7 wherein at least a portion of information exchanged between the representative and the user is encrypted.

10. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by they user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software

US 6,785,825 B2

11

being operable enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

allowing the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including at least a plurality of computer specific information;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user following the step of providing registration information;

and at least partially disabling the software if the user is determined to be an unauthorized user.

**11**. The method of claim **10** wherein the step of disabling the software occurs in response to a disable code.

**12**. The method of claim **10** wherein the step of transferring the at least one additional authorization code immediately follows the step of providing registration information.

**13**. The method of claim **10** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**14**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user following the step of providing registration information;

at least partially disabling the software if the user is determined to be an unauthorized user; and

12

allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**15**. The method of claim **14** wherein the step of disabling the software occurs in response to a disable code.

**16**. The method of claim **14** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**17**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

transferring the first authorization code with the software;

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

at least partially disabling the software if the user is determined to be an unauthorized user; and

allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**18**. The method of claim **17** wherein the step of disabling the software occurs in response to a disable code.

**19**. The method of claim **17** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**20**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software tin a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

US 6,785,825 B2

13

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period beyond the initial authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

21. The method of claim 20 wherein the step of disabling the software occurs in response to a disable code.

22. The method of claim 20 wherein at least a portion of information exchanged between the representative and the user is encrypted.

23. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

24. The method of claim 23 wherein the step of disabling the software occurs in response to a disable code.

25. The method of claim 23 wherein requiring the user to provide registration information includes allowing the user

14

to provide the registration information to the representative by contacting the representative during installation of the software.

26. The method of claim 23 wherein at least a portion of information exchanged between the representative and the user is encrypted.

27. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being, based on usage of the software;

transferring the first authorization code with the software;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

allowing the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

28. The method of claim 27 wherein the step of disabling the software occurs in response to a disable code.

29. The method of claim 27 wherein at least a portion of information exchanged between the representative and the user is encrypted.

30. The method of claim 27 wherein allowing the user to provide registration information includes allowing the use to provide registration information during installation of the software.

31. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period the initial authorization period being based on usage of the software;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and

US 6,785,825 B2

15

16

allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period requiring without further communication with the representative following entry of the at least one additional authorization code;

allowing the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user following the step of providing registration information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

**32**. The method of claim **31** wherein the step of disabling the software occurs in response to a disable code.

**33**. The method of claim **31** wherein the step of transferring the at least one additional authorization code immediately follows the step of providing registration information.

**34**. The method of claim **31** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**35**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period requiring without further communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user following the step of providing registration information;

at least partially disabling the software if the user is determined to be an unauthorized user; and

allowing for subsequent registration and, the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**36**. The method of claim **35** wherein the step of disabling the software occurs in response to a disable code.

**37**. The method of claim **35** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**38**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

transferring the first authorization code with the software;

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period beyond the initial authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

at least partially disabling the software if the user is determined to be an unauthorized user; and

allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**39**. The method of claim **38** wherein the step of disabling the software occurs in response to a disable code.

**40**. The method of claim **38** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**41**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

US 6,785,825 B2

17

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

**42**. The method of claim **41** wherein the step of disabling the software occurs in response to a disable code.

**43**. The method of claim **41** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**44**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period beyond the initial authorization period requiring without further communication with the representative following entry of the at least one additional authorization code;

requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user; and

at least partially disabling, the software if the user an unauthorized user.

18

**45**. The method of claim **44** wherein the step of disabling the software occurs in response to a disable code.

**46**. The method of claim **44** further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

**47**. The method of claim **44** wherein requiring the user to provide registration information includes allowing the user to provide the registration information to the representative by contacting the representative during installation of the software.

**48**. The method of claim **44** wherein the previously stored registration information is stored on a database associated with the representative.

**49**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

transferring the first authorization code with the software;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

allowing the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user; and

at least partially disabling the software if the user is an unauthorized user.

**50**. The method of claim **49** wherein the step of disabling the software occurs in response to a disable code.

**51**. The method of claim **49** further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

**52**. The method of claim **49** wherein the step of allowing includes allowing the user to provide registration information to the representative during installation of the software.

**53**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a

computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative;

allowing the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user; and

at least partially disabling the software if the user is an unauthorized user.

54. The method of claim 53 wherein the step of disabling the software occurs in response to a disable code.

55. The method of claim 53 wherein the previously stored registration information is stored on a database associated with the representative.

56. The method of claim 53 wherein the step of allowing includes allowing the user to provide registration information to the representative during installation of the software.

57. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period

beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative;

allowing the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user; and

at least partially disabling the software if the user is an unauthorized user.

58. The method of claim 57 wherein the step of disabling the software occurs in response to a disable code.

59. The method of claim 57 wherein the previously stored registration information is stored on a database associated with the representative.

60. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

transferring the first authorization code with the software;

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at

US 6,785,825 B2

21

least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user;

at least partially disabling the software if the user is an unauthorized user; and

allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**61**. The method of claim **60** wherein the step of disabling the software occurs in response to a disable code.

**62**. The method of claim **60** further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

**63**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period, based on usage of the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user; and

at least partially disabling the software if the user is an unauthorized user.

**64**. The method of claim **63** wherein the step of disabling the software occurs in response to a disable code.

**65**. The method of claim **63** further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

22

**66**. The method of claim **63** wherein requiring the user to provide registration information includes allowing the user to provide the registration information to the representative by contacting the representative during installation of the software.

**67**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user; and

at least partially disabling the software if the user is an unauthorized user.

**68**. The method of claim **67** wherein the step of disabling the software occurs in response to a disable code.

**69**. The method of claim **67** further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

**70**. The method of claim **67** wherein requiring the user to provide registration information includes allowing the user to provide the registration information to the representative by contacting the representative during installation of the software.

**71**. The method of claim **67** wherein the previously stored registration information is stored on a database associated with the representative.

**72**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a

US 6,785,825 B2

23

computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

transferring the first authorization code with the software;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

allowing the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user; and

at least partially disabling the software if the user is an unauthorized user.

**73**. The method of claim **72** wherein the step of disabling the software occurs in response to a disable code.

**74**. The method of claim **72** further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

**75**. The method of claim **72** wherein the step of allowing includes allowing the user to provide registration information to the representative during installation of the software.

**76**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without

24

requiring further communication with the representative following entry of the at least one additional authorization code;

allowing the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the laser is an authorized or an unauthorized user;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user; and

at least partially disabling the software if the user is an unauthorized user.

**77**. The method of claim **76** wherein the step of disabling the software occurs in response to a disable code.

**78**. The method of claim **76** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**79**. The method of claim **76** wherein the step of allowing includes allowing the user to provide registration information to the representative during installation of the software.

**80**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use b the user during the initial authorization period;

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user;

**25**

**26**

at least partially disabling the software if the user is an unauthorized user; and

allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**81**. The method of claim **80** wherein the step of disabling the software occurs in response to a disable code.

**82**. The method of claim **80** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**83**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on use of the software;

transferring the first authorization code with the software;

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without further requiring communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user;

at least partially disabling the software if the user is an unauthorized user; and

allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**84**. The method of claim **83** wherein the step of disabling the software occurs in response to a disable code.

**85**. The method of claim **83** further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

**86**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a

computer for use by a user for an initial authorization period, the initial authorization period being based on usage of the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user; and

at least partially disabling the software if the user is an unauthorized user.

**87**. The method of claim **86** wherein the step of disabling the software occurs in response to a disable code.

**88**. The method of claim **86** further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

**89**. The method of claim **86** wherein requiring the user to provide registration information includes allowing the user to provide the registration information to the representative by contacting the representative during installation of the software.

**90**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial

27                                        28

authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

**91**. The method of claim **90** wherein the step of disabling the software occurs in response to a disable code.

**92**. The method of claim **90** wherein requiring the user to provide registration information includes allowing the software on a to provide the registration information to the representative by contacting the representative during installation of the software.

**93**. The method of claim **90** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**94**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

transferring the first authorization code with the software;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

allowing the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

**95**. The method of claim **94** wherein the step of disabling the software occurs in response to a disable code.

**96**. The method of claim **94** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**97**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

allowing the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including at least a plurality of computer specific information;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user following the step of providing registration information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

**98**. The method of claim **97** wherein the step of disabling the software occurs in response to a disable code.

**99**. The method of claim **97** wherein the step of transferring the at least one additional authorization code immediately follows the step of providing registration information.

**100**. The method of claim **97** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**101**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of

at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without further requiring communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user following the step of providing registration information;

at least partially disabling the software if the user is determined to be an unauthorized user; and

allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**102**. The method of claim **101** wherein the step of disabling the software occurs in response to a disable code.

**103**. The method of claim **101** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**104**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

transferring the first authorization code with the software;

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

at least partially disabling the software if the user is determined to be an unauthorized user; and

allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**105**. The method of claim **104** wherein the step of disabling the software occurs in response to a disable code.

**106**. The method of claim **104** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**107**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

**108**. The method of claim **107** wherein the step of disabling the software occurs in response to a disable code.

**109**. The method of claim **101** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**110**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

31

32

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

**111**. The method of claim **110** wherein the step of disabling the software occurs in response to a disable code.

**112**. The method of claim **110** wherein requiring the user to provide registration information includes allowing the user to provide the registration information to the representative by contacting the representative during installation of the software.

**113**. The method of claim **110** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**114**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

transferring the first authorization code with the software;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

allowing the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

**115**. The method of claim **114** wherein the step of disabling the software occurs in response to a disable code.

**116**. The method of claim **114** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**117**. The method of claim **114** wherein allowing the user to provide registration information includes allowing the use to provide registration information during installation of the software.

**118**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

allowing the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user following the step of providing registration information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

**119**. The method of claim **118** wherein the step of disabling the software occurs in response to a disable code.

**120**. The method of claim **118** wherein the step of transferring the at least one additional authorization code immediately follows the step of providing registration information.

**121**. The method of claim **118** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**122**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

US 6,785,825 B2

33

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including, computer specific information;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user following the step of providing registration information;

at least partially disabling the software if the user is determined to be an unauthorized user; and

allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**123**. The method of claim **122** wherein the step of disabling the software occurs in response to a disable code.

**124**. The method of claim **122** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**125**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

transferring the first authorization code with the software;

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without further communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

34

at least partially disabling the software if the user is determined to be an unauthorized user; and

allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**126**. The method of claim **125** wherein the step of disabling the software occurs in response to a disable code.

**127**. The method of claim **125** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**128**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information; and

at least partially disabling the software if the user is determined to be an unauthorized user.

**129**. The method of claim **128** wherein the step of disabling the software occurs in response to a disable code.

**130**. The method of claim **128** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**131**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

35

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user; and

at least partially disabling the software if the user an unauthorized user.

**132**. The method of claim **131** wherein the step of disabling the software occurs in response to a disable code.

**133**. The method of claim **131** further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

**134**. The method of claim **131** wherein requiring the user to provide registration information includes allowing the user to provide the registration information to the representative by contacting the representative during installation of the software.

**135**. The method of claim **131** wherein the previously stored registration information is stored on a database associated with the representative.

**136**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

transferring the first authorization code with the software;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following, entry of the at least one additional authorization code;

36

allowing the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user; and

at least partially disabling the software if the user is an unauthorized user.

**137**. The method of claim **136** wherein the step of disabling the software occurs in response to a disable code.

**138**. The method of claim **136** further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

**139**. The method of claim **136** wherein the step of allowing includes allowing the user to provide registration information to the representative during installation of the software.

**140**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following, entry of the at least one additional authorization code;

allowing the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user; and

at least partially disabling the software if the user is an unauthorized user.

US 6,785,825 B2

37

**141**. The method of claim **140** wherein the step of disabling the software occurs in response to a disable code.

**142**. The method of claim **140** wherein the previously stored registration information is stored on a database associated with the representative.

**143**. The method of claim **140** wherein the step of allowing includes allowing the user to provide registration information to the representative during installation of the software.

**144**. A method for reducing unauthorized software use, the method comprising:

  providing a representative to monitor software license compliance;

  associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

  supplying the first authorization code with the software;

  requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

  at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

  at any time during the initial authorization period, requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

  comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user;

  transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user;

  at least partially disabling the software if the user is an unauthorized user; and

  allowing for subsequent, registration, and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**145**. The method of claim **144** wherein the step of disabling the software occurs in response to a disable code.

**146**. The method of claim **144** wherein the previously stored registration information is stored on a database associated with the representative.

38

**147**. A method for reducing unauthorized software use, the method comprising:

  providing a representative to monitor software license compliance;

  associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

  transferring the first authorization code with the software;

  at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

  at any time during the initial authorization period, requiring the user to selectively choose either manual or electronic registration, and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

  comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user;

  at least partially disabling the software if the user is an unauthorized user; and

  allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**148**. The method of claim **147** wherein the step of disabling the software occurs in response to a disable code.

**149**. The method of claim **147** further comprising:

  transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

**150**. A method for reducing unauthorized software use, the method comprising:

  providing a representative to monitor software license compliance;

  associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period the initial authorization period being based on a predetermined period of time;

  requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

  requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer

US 6,785,825 B2

39

for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to selectively choose either manual or electronic registration and provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user; and

at least partially disabling the software if the user is an unauthorized user.

151. The method of claim 150 wherein the step of disabling the software occurs in response to a disable code.

152. The method of claim 150 further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

153. The method of claim 150 wherein requiring the user to provide registration information includes allowing the user to provide the registration information to the representative by contacting the representative during installation of the software.

154. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to provide registration information to the representative prior to retrieval of the at least one

40

additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user; and

at least partially disabling the software if the user is an unauthorized user.

155. The method of claim 154 wherein the step of disabling the software occurs in response to a disable code.

156. The method of claim 154 further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

157. The method of claim 154 wherein requiring the user to provide registration information includes allowing the user to provide the registration information to the representative by contacting the representative during installation of the software.

158. The method of claim 154 wherein the previously stored registration information is stored on a database associated with the representative.

159. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

transferring the first authorization code with the software;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

allowing the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user; and

at least partially disabling the software if the user is an unauthorized user.

160. The method of claim 159 wherein the step of disabling the software occurs in response to a disable code.

161. The method of claim 159 further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

41

**162**. The method of claim **159** wherein the step of allowing includes allowing the user to provide registration information to the representative during installation of the software.

**163**. A method for reducing unauthorized software use, the method comprising:

provide a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

allowing the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user; and

at least partially disabling the software if the user is an unauthorized user.

**164**. The method of claim **163** wherein the step of disabling the software occurs in response to a disable code.

**165**. The method of claim **163** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**166**. The method of claim **163** wherein the step of allowing includes allowing the user to provide registration information to the representative during installation of the software.

**167**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

42

supplying the first authorization code with the software;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user;

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user;

at least partially disabling the software if the user is an unauthorized user; and

allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**168**. The method of claim **167** wherein the step of disabling the software occurs in response to a disable code.

**169**. The method of claim **167** wherein at least a portion of information exchanged between the representative and the user is encrypted.

**170**. A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

transferring the first authorization code with the software;

at any time during the initial authorization period, requiring the user to contact the representative for retrieval of at least one additional authorization code to repeat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the

US 6,785,825 B2

43

subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

at any time during the initial authorization period, requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user;

at least partially disabling the software if the user is an unauthorized user; and

allowing for subsequent registration and the transfer of the at least one additional authorization code following the at least partial disabling of the software to at least substantially restore the software to a fully enabled state.

**171.** The method of claim **170** wherein the step of disabling the software occurs in response to a disable code.

**172.** The method of claim **170** further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

**173.** A method for reducing unauthorized software use, the method comprising:

providing a representative to monitor software license compliance;

associating a first authorization code with the software, the first authorization code enabling the software on a computer for use by a user for an initial authorization period, the initial authorization period being based on a predetermined period of time;

requiring the user to enter the first authorization code to at least partially enable the software on the computer for use by the user during the initial authorization period;

44

requiring the user to contact the representative for retrieval of at least one additional authorization code to reseat the enablement of the software on the computer for use by the user during a subsequent authorization period beyond the initial authorization period and allowing the repeat of the enablement of the software to be performed prior to the expiration of the initial authorization period so the enablement of the software can be continuous from the initial authorization period to the subsequent authorization period, the software being enabled on the computer for use by the user during the subsequent authorization period without requiring further communication with the representative following entry of the at least one additional authorization code;

requiring the user to provide registration information to the representative prior to retrieval of the at least one additional authorization code, the registration information including computer specific information;

comparing previously stored registration information related to at least one of the software, the user, and the computer with the registration information provided by the user to the representative to determine if the user is an authorized or an unauthorized user; and

at least partially disabling the software if the user is an unauthorized user.

**174.** The method of claim **173** wherein the step of disabling the software occurs in response to a disable code.

**175.** The method of claim **173** further comprising:

transferring the at least one additional authorization code to at least one of the software, the user, and the computer if the user is an authorized user.

**176.** The method of claim **173** wherein requiring the user to provide registration information includes allowing the user to provide the registration information to the representative by contacting the representative during installation of the software.

*    *    *    *    *