## LIST OF PARTIES

**PLAINTIFF**
1. z4 Technologies, Inc.

**DEFENDANT**
2. Microsoft Corporation